UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-20592-CR-BB

UNITED STATES OF AMERICA,
     Plaintiff,

vs.
                                )
OSCAR JOSE CARRENO FERNANDEZ,  )
     Defendant.                 )
_____)

**DEFENDANT CARRENO'S SUPPLEMENTAL OBJECTIONS
TO PRESENTENCE INVESTIGATION REPORT**

Defendant Oscar Jose Carreno Fernandez ("Carreno"), by and through undersigned court-appointed counsel, files Supplemental Objections to the Presentence Investigation Report ("PSR"), and states:

1. On June 14, 2023, Carreno filed his original Objections to the PSR.  ECF No. 63.

2. Carreno has a few minor factual Objections to add as follows:

A) on page 3, his "Race" should be described as "mulatto" (mixed white and black);

B) in paragraph 37, it should state that his daughter Dircarlys Carreno resides with a "paternal" aunt; he voluntarily provided $200 per month "when he had the money to do so";

C) in paragraph 40, it should be added that has developed a "prostate inflammation" and has some vision issues, but as stated in this paragraph generally "he is in good health."

1

Respectfully submitted,

/ s / Martin A. Feigenbaum
Florida Bar No. 705144
P.O. Box 545960
Surfside, Florida 33154
Telephone: (305) 323-4595
Facsmilie:  (844) 274-0862
Email: innering@aol.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by

the CM/ECF system this 20th day of June, 2023 to all persons entitled to electronic notice in

this cause.

/ s / Martin A. Feigenbaum